## THIRD DEPARTMENT, SEPTEMBER, 1927.

CLARENCE M. SAXTON, as Administrator, etc., of EDNA D. WEAVER, Deceased, Respondent, against FRANK YANNUZZI, Appellant, and Another.

*Motor vehicles — action for death — evidence sufficient to show ownership of defendant — error to admit evidence of report of accident by driver of automobile.*

Appeal from a judgment of the Supreme Court in favor of the plaintiff, entered in the Broome county clerk's office on June 18, 1926, upon t.e verdict of a jury for $25,000.

PER CURIAM. There was sufficient competent evidence justifying the finding by the jury that the defendant Yannuzzi was the owner of the automobile causing the accident. But the alleged report of the accident, made to the sheriff by the driver of the car, was hearsay as to the said defendant and its admission in evidence was harmful error in view of the sharp dispute as to the ownership of the car. Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ., concur. Judgment reversed, on the law, and new trial granted, with costs to the appellant to abide the event.

———

IRA R. SMITH, Respondent, v. ALEX LEVINSON, Trading as SULLIVAN COUNTY PRODUCE COMPANY, Appellant.

*Appeal — case on appeal — if appellant cannot secure stenographer's minutes in time to serve proposed case he should procure extension of time — otherwise appellant is in default.*

Motion to dismiss an appeal by the defendant.

PER CURIAM. If an appellant cannot procure the stenographer's minutes in time to serve a proposed case on appeal within the time allowed for that purpose he should, before the expiration of such time, procure an extension thereof. Failure to do so constitutes a default. In this case appellant, although unable to procure the minutes, is in default and can only be relieved therefrom on payment of costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ. Motion granted, with ten dollars costs, unless the appellant perfects his appeal on or before October 15, 1927, and pays said costs, in which event motion is denied.